ANNA SIEGEL, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

*Siegel* v. *N. Y. & Harlem R. R. Co.*, 62 App. Div. 290, reversed.
(Argued October 23, 1902; decided February 24, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 24, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Ira A. Place, Alexander S. Lyman* and *Thomas Emery* for appellants.

*Joseph A. Flannery* for respondent.

Judgment reversed and complaint dismissed, without costs; no opinion.
Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ. Not sitting: GRAY, J.

---

ALICE I. BIRRELL, Respondent, *v.* THE NEW YORK AND HARLEM RAILROAD COMPANY et al., Appellants.

*Birrell* v. *N. Y. & Harlem R. R. Co.*, 60 App. Div. 630, reversed.
(Argued November 18, 1902; decided February 24, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 7, 1901, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Ira A. Place, Alexander S. Lyman* and *Thomas Emery* for appellants.

*Alfred B. Cruikshank, Henry G. Atwater* and *John C. Thomson* for respondent.

Judgment reversed and complaint dismissed, without costs; no opinion.
Concur: PARKER, Ch. J., BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ. Not sitting: GRAY, J.